USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LINDA M. LUCAS,

                Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-------------------------------------------------------------X

19 **CIVIL** 312 (ALC)

**JUDGMENT**
For Attorney's Fees and Costs

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 19, 2019, the Commissioner of Social Security is to pay the Plaintiff attorney fees in the amount of $4,640, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of $427.27.

**Dated:** New York, New York
         November 20, 2019

                                      **RUBY J. KRAJICK**

                                      **Clerk of Court**

BY:

                                      **Deputy Clerk**